Debra Townsend
P.O Box 391291
Mountain View, CA 94039
650.965.7092

**Filed**

NOV 0 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Debora Townsend

No. C 07 C 05714 PVT

Plaintiff(s),

v.

Whole Foods Market

Defendant(s).

_____ /

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United

States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

a United States District Judge.

Dated: 11-09-07

Signature

Counsel for Pro Se
(Plaintiff, Defendant, or indicate "pro se")