**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DEBORA A. TOWNSEND,<br><br>vs.                    Plaintiff(s),<br><br>WHOLE FOODS MARKET,<br><br>            Defendant(s).<br>_____ | C 07-5714 PVT<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for February 26, 2008 before the Honorable Judge Patricia V. Trumbull has been continued to **February 25, 2008 @ 10:00 a.m.,** before the Honorable Judge James Ware. Parties are to appear in courtroom #8, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on or February 11, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5356, so as to take this matter off calendar.

Dated: November 14, 2007                    RICHARD W. WIEKING,
                                                                        Clerk of Court
                                                                        /s/ Corinne Lew
                                                                        _____
                                                                        Corinne Lew
                                                                        Deputy Clerk

Copies mailed to:

**Debora A Townsend**
Post Office Box 391291
**Mountain View, CA 94039**