IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Debora Townsend, | NO. C 07-05714 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Whole Foods Market, et al., | |
| Defendants. | |

Pursuant to the Court's November 30, 2007 Order Granting Application to Proceed In Forma Pauperis; Order Dismissing Complaint With Prejudice, judgment is entered in favor of Defendants Whole Foods Market and Alan Trock, against Plaintiff Debora Townsend.

The Clerk shall close this file.

Dated: December 6, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan Lawrence Trock alantrock@mindspring.com

Debora Townsend
Post Office Box 391291
Mountain View, CA 94039

**Dated:  December 6, 2007**               **Richard W. Wieking, Clerk**

                                           **By:   /s/ JW Chambers**
                                                 **Elizabeth Garcia**
                                                 **Courtroom Deputy**