## PROOF OF SERVICE BY MAIL

Re:  Case Name: *Debora A. Townsend vs. Whole Foods Market.*
     Docket Case Number: Civil #C07-05714.
     (U.S. District Court -Northern District of California).

I hereby declare that I am a citizen of the United States, am over 18 years of age, am not a party in the above-mentioned action. I am employed in/reside in the County of Santa Clara. My mailing address is: P.O. Box 391292 Mountain View CA 94039.

On __12/18/2007__, I served the attached documents described:
Debora Townsend's Plaintiff's:

(1) Appellant Notice of Appeal (to U.S. Court of Appeals-Ninth Circuit).

on the parties in the above-named case. I did this by enclosing true copies of the document(s) in sealed envelope with postage fully prepaid thereon. I then placed the envelopes in the post office of United States Postal Service in Mountain View California for delivery as follows:

1) Alan Trock, 24911 Avenue Stanford #102, Valencia CA 91355.
   (Whole Foods Market's attorney)

I declare under penalty of perjury that the foregoing is true and correct. Executed on __12/18/2007__, at Mountain View California.

*A. SPRINGER*
Declarant signature