IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Debora Townsend, | NO. C 07-05714 JW |
|     Plaintiff, | **ORDER VACATING JUDGMENT** |
| v. | |
| Whole Foods Market, et al., | |
|     Defendants. | |

Pursuant to the Ninth Circuit Memorandum and Mandate (Docket Item Nos. 13, 14), the Court amends its December 6, 207 Order as follows: Plaintiff's Complaint is dismissed on the ground that the Court lacks subject matter jurisdiction under the *Rooker-Feldman* doctrine. The dismissal is without prejudice. Accordingly, the Court's December 6, 2007 Judgment is VACATED.

The Clerk shall close this file.

Dated:  June 25, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan Lawrence Trock alantrock@mindspring.com

Debora Townsend
Post Office Box 391291
Mountain View, CA 94039

Dated:  June 25, 2009                           **Richard W. Wieking, Clerk**

                                           **By:   /s/ JW Chambers**
                                                  **Elizabeth Garcia**
                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California